**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1459**

———————

NED N. CARY, JR., Morning Star Baptist Church,

                                        Plaintiff - Appellant,

        versus

STERLING PERRY, James City County Police;
MICHAEL MCGINTY, Commonwealth of Virginia;
SHAWN MILLER, Anheuser-Bush Incorporated;
ANHEUSER-BUSCH, INCORPORATED,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Walter D. Kelley, Jr.,
District Judge.  (4:05-cv-00047)

———————

Submitted:  November 6, 2007      Decided:  November 15, 2007

———————

Before WILKINSON and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ned N. Cary, Jr., Appellant Pro Se.  Leo Paul Rogers, Jr., JAMES
CITY COUNTY ATTORNEY, Williamsburg, Virginia; Jeff Wayne Rosen,
Lisa Ehrich, PENDER & COWARD, PC, Virginia Beach, Virginia; Leonard
C. Heath, Jr., JONES, BLECHMAN, WOLTZ & KELLY, PC, Newport News,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ned N. Cary, Jr. appeals the district court's order dismissing this action challenging Cary's termination from employment and imposing monetary sanctions and a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cary v. Perry, No. 4:05-cv-00047 (E.D. Va. Apr. 2, 2007).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*The district court dismissed Sheriff Perry on statute of limitations and res judicata grounds. We affirm his dismissal on limitations grounds only. We note, moreover, that he was not alleged to have played any role in Cary's termination.